ADFUND LLC
102 NE 2ND ST NUM 215
BOCA RATON, FL 33432

0440-Q404   001   2

10/08/2009   Direct Deposit
CHECK NO.

PAY TO THE ORDER OF

JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE FL 33308

Total Net Direct Deposit(s)
**$1129.75**
AMOUNT

VOID THIS IS NOT A CHECK

WACHOVIA BANK, NA

PAY ONLY 0 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

FOLD AND REMOVE                                                                                 FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE, FL 33308

Soc Sec #: XXX-XX-XXXX    Employee ID: 2
Hire Date: 08/09/09
Status:
Filing Status:
Federal: Single, 0
State: FL, Single, 0
Dept: 001

Pay Period: 09/20/09 to 10/03/09
Check Date: 10/08/09    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2686 | 1129.75 | 4519.00 |
| Net Pay | 1129.75 | 4519.00 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| SALARY | | | 1400.00 | | 5600.00 |
| **GROSS** | | | 1400.00 | | 5600.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 163.15 | 652.60 |
| OASDI | 86.80 | 347.20 |
| MEDICARE | 20.30 | 81.20 |
| *TOTAL* | 270.25 | 1081.00 |

**NET PAY**

| | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1129.75 | 4519.00 |

Payrolls by Paychex, Inc.
0440-Q404 ADFUND LLC ■ 102 NE 2ND ST NUM 215 ■ BOCA RATON, FL 33432 ■

OPTIONS UNIVERSITY LLC
9255 S FEDERAL
BOCA RATON, FL 33432

| | |
|---|---|
| 06/04/2009 | Direct Deposit |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE FL 33308

Total Net Direct Deposit(s)
**$3467.10**
AMOUNT

VOID THIS IS NOT A CHECK..................................

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE, FL 33308

Soc Sec #: XXX-XX-XXXX     Employee ID: 9
Hire Date: 10/01/03
Status:
Filing Status:
Federal: Single, 0
State: FL, Single, 0
Dept: 10

Pay Period: 05/17/09 to 05/30/09
Check Date: 06/04/09    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 3467.10 |
| CHECKING1 - 2699 | 3467.10 | 34324.92 |
| Net Pay | 3467.10 | 37792.02 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| SALARY | | | 3250.00 | | 35750.00 |
| MED S125 / PAI | | | -134.56 | | -403.68 |
| **GROSS** | | | 3115.44 | | 35346.32 |
| **TRUE GROSS** | | | 3250.00 | | 35750.00 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| REIMBURSE | -1198.70 | -12243.78 |
| **TOTAL** | -1198.70 | -12243.78 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 608.71 | 7094.09 |
| OASDI | 193.16 | 2191.47 |
| MEDICARE | 45.17 | 512.52 |
| **TOTAL** | 847.04 | 9798.08 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 3467.10 | 37792.02 |

*Payrolls by Paychex, Inc.*

0440-P708 OPTIONS UNIVERSITY LLC  ▪  9255 S FEDERAL  ▪  BOCA RATON, FL 33432  ▪

OPTIONS UNIVERSITY LLC
9255 S FEDERAL
BOCA RATON, FL 33432

10
9
531 NC

05/21/2009 DATE

**Direct Deposit**
CHECK NO.

PAY TO THE ORDER OF

JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE FL 33308

Total Net Direct Deposit(s)
**$3456.84**
AMOUNT

VOID THIS IS NOT A CHECK..............................................

BANK OF AMERICA
PAYABLE IF DESIRED AT:
ALL BANK OF AMERICA BANKS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                           FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE, FL 33308

Soc Sec #: XXX-XX-XXXX    Employee ID: 9
Hire Date: 10/01/03
Status:
Filing Status:
Federal: Single, 0
State: FL, Single, 0
Dept: 10

Pay Period: 05/03/09 to 05/16/09
Check Date: 05/21/09     Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 3467.10 |
| CHECKING1 - 2699 | 3456.84 | 30857.82 |
| Net Pay | 3456.84 | 34324.92 |

| EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | SALARY | | | 3250.00 | | 32500.00 |
| | MED S125 / PAI | | | -134.56 | | -269.12 |
| | **GROSS** | | | 3115.44 | | 32230.88 |
| | **TRUE GROSS** | | | 3250.00 | | 32500.00 |

| DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | REIMBURSE | -1198.70 | -11045.08 |
| | TOTAL | -1198.70 | -11045.08 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 608.71 | 6485.38 |
| | OASDI | 201.49 | 1998.31 |
| | MEDICARE | 47.10 | 467.35 |
| | TOTAL | 857.30 | 8951.04 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 3456.84 | 34324.92 |

Payrolls by Paychex, Inc.
0440-P708 OPTIONS UNIVERSITY LLC ■ 9255 S FEDERAL ■ BOCA RATON, FL 33432 ■

**ADFUND LLC**
102 NE 2ND ST NUM 215
BOCA RATON, FL 33432

09/24/2009    Direct Deposit

PAY TO THE ORDER OF

JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE FL 33308

Total Net Direct Deposit(s)
**$1129.75**

VOID THIS IS NOT A CHECK

WACHOVIA BANK, NA

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS MICROPRINTING WHICH MAY APPEAR AS A DOTTED LINE WHEN VIEWED AT AN ANGLE

FOLD AND REMOVE                                                                                    FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE, FL 33308

Soc Sec #: XXX-XX-XXXX    Employee ID: 2
Hire Date: 08/09/09
Status:
Filing Status:
Federal: Single, 0
State: FL, Single, 0
Dept: 001

Pay Period: 09/06/09 to 09/19/09
Check Date: 09/24/09    Check #: Direct Deposit

**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2686 | 1129.75 | 3389.25 |
| Net Pay | 1129.75 | 3389.25 |

| EARNINGS | DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | SALARY | | | 1400.00 | | 4200.00 |
| | **GROSS** | | | 1400.00 | | 4200.00 |

| WITHHOLDINGS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | FEDERAL W/H | 163.15 | 489.45 |
| | OASDI | 86.80 | 260.40 |
| | MEDICARE | 20.30 | 60.90 |
| | TOTAL | 270.25 | 810.75 |

| NET PAY | CURRENT ($) | YTD ($) |
|---|---|---|
| | 1129.75 | 3389.25 |

Payrolls by Paychex, Inc.
**0440-Q404** ADFUND LLC    ■ 102 NE 2ND ST NUM 215    ■ BOCA RATON, FL 33432    ■

**ADFUND LLC**
102 NE 2ND ST NUM 215
BOCA RATON, FL 33432

0440-Q404 DIRDEP
001
2

| | |
|---|---|
| 08/27/2009 | Direct Deposit |
| DATE | CHECK NO. |

PAY TO THE ORDER OF

JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE FL 33308

Total Net Direct Deposit(s)
**$1129.75**
AMOUNT

VOID THIS IS NOT A CHECK..................................

WACHOVIA BANK, NA

PAY ONLY 00 CTS CTS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

Payrolls by Paychex, Inc.

---

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

🏠 FOLD AND REMOVE                                                                                          FOLD AND REMOVE 🏠

**PERSONAL AND CHECK INFORMATION**
JOSEPH FRONTIERA
4751 NE 29TH AVE
FORT LAUDERDALE, FL 33308

Soc Sec #: XXX-XX-XXXX   Employee ID: 2
Hire Date: 08/09/09
Status:
Filing Status:
Federal: Single, 0
State: FL, Single, 0
Dept: 001

Pay Period: 08/09/09 to 08/22/09
Check Date: 08/27/09   Check #: Direct Deposit
**NET PAY ALLOCATIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| CHECKING1 - 2686 | 1129.75 | 1129.75 |
| Net Pay | 1129.75 | 1129.75 |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| SALARY | | | 1400.00 | | 1400.00 |
| GROSS | | | 1400.00 | | 1400.00 |

**WITHHOLDINGS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| FEDERAL W/H | 163.15 | 163.15 |
| OASDI | 86.80 | 86.80 |
| MEDICARE | 20.30 | 20.30 |
| TOTAL | 270.25 | 270.25 |

| | CURRENT ($) | YTD ($) |
|---|---|---|
| **NET PAY** | 1129.75 | 1129.75 |

Payrolls by Paychex, Inc.
**0440-Q404** ADFUND LLC ▪ 102 NE 2ND ST NUM 215 ▪ BOCA RATON, FL 33432 ▪